UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-20-00841 |
| | : | |
| CRAIG B. DEIMLER, | : | |
| WILLIAM OLIVER FISHER-DEIMLER, | : | |
| Debtors | : | Chapter 13 |

| | | |
|---|---|---|
| CRAIG B. DEIMLER, | : | |
| WILLIAM OLIVER FISHER-DEIMLER, | : | |
| Movants/Objectors, | : | OBJECTION TO CLAIM #34 |
| v. | : | |
| | : | |
| JOHN AND CINDY SIMPKINS, | : | |
| Respondents/claimants | : | |

## RESPONSE TO DEBTORS' OBJECTION TO PROOF OF CLAIM
## FILED BY JOHN AND CYNTHIA SIMPKINS

AND NOW, this 21st day of July 2020, come John and Cynthia Simpkins (the "Claimants"), and respond to the Debtors' objection to their Proof of Claim ("POC") as follows:

1. Admitted.

2. No response required; the document speaks for itself.

3. No response required; the rule speaks for itself.

4. Admitted that no documents were attached to the POC. However, they were provided to Debtors' counsel on 6/16/20 and 6/29/2020.

5. No response required; the rule speaks for itself.

6. Admitted that Debtors' counsel received supporting documentation from Claimants' counsel. Denied that the documents attached to the objection to POC demonstrate the obligation is owed by GCD Construction, Inc. By way of further response, the PA Dept. of State

lists Deimler Family Construction as a fictitious name owned by Debtor Craig Deimler. See, Exhibit "A" hereto.

7. The contract speaks for itself. However, the contract, written by or on behalf of Debtor Craig Deimler, is to be construed against him as drafter in case of any dispute and, further, cannot change the legal status of Deimler Family Construction (as a fictitious name belonging to Debtor Craig Deimler).

8. Admitted in part, denied in part. Admitted that there is no formal guaranty signed by Debtors; denied that Debtor Craig Deimler has no liability in that Deimler Family Construction is a fictitious name under which he operated.

9. Admitted that Debtor William Oliver Fisher-Deimler is not liable to Claimants. As to Debtor Craig Deimler, this paragraph sets forth a legal o=conclusion to which no response is required. However, Claimants reassert the content of Paragraph 8 above.

10. Denied as stated for the reasons set forth above.

WHEREFORE, the Claimants respectfully requests that this Honorable Court deny and dismiss the Debtors' objection to their POC, and for such other relief as may be just and appropriate.

**Austin Law Firm LLC**

By: /s/ *Sara A. Austin*
    Sara A. Austin, Esq.
    226 E. Market Street
    York, PA 17403
    717-846-2246
    Supreme Ct. I.D. No. 59052
    Counsel for Claimants



# Order Business Documents

**Date**: 06/29/2020

## Business Name History

| Name | Name Type |
|---|---|
| Deimler Family Construction | Current Name |

## Business Entity Details
### Officers

| | |
|---|---|
| **Name** | Deimler Family Construction |
| **Entity Number** | 4360685 |
| **Entity Type** | Fictitious Names |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 06/05/2015 |
| **Effective Date** | 06/05/2015 |
| **State Of Inc** | PA |
| **Address** | 6530 Derry St, Harrisburg PA 17111 Dauphin |

| | |
|---|---|
| **Name** | Craig B. Deimler |
| **Title** | OWNER |
| **Address** | 6530 Derry St, Harrisburg PA 17111 |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 entries Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 06/05/2015 | FICTITIOUS NAME 1 | 2 | 1 | $3.00 | 0 | $40.00 | | | |

Showing 1 to 1 of 1 entries     Previous   1   Next

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | All Dates | All Certified Copies | 2 | Quantity # 1 | $46.00 | |
| ☐ | All Dates | All Plain Copies | 2 | Quantity # 1 | $6.00 | |

**Certified Documents**

| Select | Date | Document | Pages | Quantity# | Price | Line Total |
|---|---|---|---|---|---|---|
| ☐ | 06/29/2020 | Index and Docket Report | 1 | 1 | $15.00 | |
| ☐ | 06/29/2020 | Index and Docket Certified Report | 1 | 1 | $55.00 | |

**Order Total :**

[<< Back to Search Results]

[Login]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2020, a true and correct copy of the foregoing document was or will be served on the following via ECF:

Dorothy L. Mott, Esq.
    Counsel for Debtor

Charles J. DeHart, III, Trustee
    Ch. 13 Trustee

/s/ *Sara A. Austin*