

**DESIGN | BUILD | REMODEL**
HIC REG. # PA000005

August 20, 2018

Mr. John Simpkins and Cindy Kramer
2784 Fairfield Road
Gettysburg, PA 17325

(717)353-6143

**Job Number:** 5707

---

### Home Improvement Contractor Registration Number: PA000005

### Attorney General Bureau of Consumer Protection Toll Free Number 1-888-520-6680

---

We herewith submit proposal for materials and labor to be supplied at the sole request and order of:

## Scope of Work:
KITCHEN RENOVATION
==================
01.0145 - Material pick up and delivery per phase - 1 $P

01.0175 - Site supervision per phase - 1 $P

SITE PREPARATION
02.326. - Interior demo - 0 EA
Owner to do all demo (cabinet/countertop/drywall removal) prior to starting project.

PLUMBING
14.998 - Plumbing fixtures - 1 QP
Install new sink, faucet & drain.

1ea - Kohler K-6545-4U-FD Dickinson apron front undermount sink - Color: Cane Sugar
1ea - Jalco 2804AB Brass adjustable sink strainer - Color: Antique Brass
1ea - Wasterstone 5600-DAB PLO Pulldown faucet, standard reach - Color: Distressed Antique Brass

Owners initials _____   Owner's Initials _____   Contractors Initials _____

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039   Office
(717) 564-7523   Fax
www.deimlerfamilyconstruction.com

14.999 - Plumbing - trade contractor quote - 1 EA
Disconnect existing sink.
Install new sink and faucet.

ELECTRICAL
16.997 - Electrical Fixtures - 1 EA
Supply the following electrical fixtures:
Progress recessed lighting
WAC undercabinet and incabinet LED tape light with transformer
OWNER to provide hanging fixtures.

16.998 - Electrical inspection - 1 EA

16.999 - Electrical - 1 EA
All wiring is to comply with local electrical code.
All wiring is to be inspected, approved, and placed in service.
Electrical boxes are to be plastic (unless otherwise. The total number of new and/or relocated
electrical boxes is to be 16
NOTE: 1 box = 1 receptacle or 1 light fixture or 1 switch or 1 telephone or 1 CATV Dimmers are not
included as a box. The dimmer switch is included with the electrical fixture allowance.
NOTE: Boxes have a value of $89.00/ box. Outlet and switch cover plates to be plastic.

INTERIOR WALLS
18.206. - Ceramic tile backsplash - 1 QP
Install new ceramic backsplash including medallion above stove.

Mfrg'r: Seneca Tiles
Series: Handmold
Style: Seneca Select
Color: Smoke
Size: 2-1/4" x 8"
Pattern: Brick lay
Grout: Laticrete Epoxy #12__
        Color: T.B.D.

Medalion: An allowance of $400.00 has been included for the medallion.

CEILING COVERING
19.999 - Drywall - 1 EA
Install new drywall on the walls and ceiling of the kitchen and eating area.

MILLWORK AND TRIM
20.002. - Base trim - 22 LF
Install new base trim in the kitchen/eating area.

Owners initials _CK_    Owner's Initials _____    Contractors Initials _CD_

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039  Office
(717) 564-7523  Fax
www.deimlerfamilyconstruction.com

Case 1:20-bk-00841-HWV    Doc 112    Filed 11/11/20    Entered 11/11/20 09:00:11    Desc
Main Document       Page 2 of 30

## CABINETRY
21.432. - Granite - 1 QP
Granite countertops with built-up edge profile and bump-out at kitchen sink.

Color: Blue Dunes
Finish: Leather
Thickness: 3cm (includes material for stacked edges)
Edge Profile: Ogee edge (NOT BUILT UP/LAMINATED EDGE)
Drytreat natural stone
Splay corner

21.999 - Cabinetry - 1 EA
Install new Tedwood custom cabinetry in the kitchen as per new layout.
Wood species: Maple
Door style:Hancock full overlay
Paint color and glaze to be Eggshell with light brown shadow  on the perimeter cabintry and Fortress McHenry on the island and hutch cabinetry.

## PAINTING
24.999 - Painting - 1 EA
All painting labor and materials will be supplied by the Contractor. Painting will be two coats of one color on the walls and ceilings and 3 coats on the trims.  NOTE:  Additional charges will be made if more than two colors are used in the same room.

## CLEAN-UP
25.025 - Job site cleanup by phase - 1 $P
Clean up and haul away all debris resulting from the job.
NOTE:  Owner will provide a dumpster for all debris removal

## BATH RENOVATION
================

## PLANS AND PERMITS
01.014 - Material pick up and delivery per phase - 1 $P

01.018 - Site supervision - 1 $P
On site and coordination supervision

## SITE PREPARATION
02.313. - Demo - 16 HR
Remove the existing tub/shower.
Remove the existing wall between toilet/shower room and vanity area (appoximately 4')
Remove the tile floor covering
Remove the existing toilet and vanity

## PLUMBING

Owners initials _CK_          Owner's Initials _____          Contractors Initials _(D)_

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA  17111

(717) 564-3039   Office
(717) 564-7523   Fax
www.deimlerfamilyconstruction.com

14.997 - Plumbing - service - 24 HR
Install new toilet
Install new vanity/top/faucets
Install new tub
Install new tub/shower faucet

14.998 - Plumbing fixtures - 1 QP
Install new plumbing fixtures.

Vanity:
2ea - Moen TS42114ORB Weymouth 2 handle widespread cross handle lav faucet - Color: Oil Rubbed Bronze
2ea - Moen 69000 M-Pact rough-in valve for faucet
2ea - Amesta 0614.000.021 Studio Unermount china bowl - Color: Bone

Toilet:
1ea - Toto MS974224CEFG#03 Guinevere one piece skirted toilet w/slow close seat - Color: Bone
1ea - Jalco 9231-ORB Trip lever - Color: Oil Rubbed Bronze

Tub/Shower:
1ea - Amesta 2461002.021 Cambridge 60"x32" Integral apron America Americast Right drain tub/shower - Color: Bone
1ea - Moen 90480ORB tub drain - Color: Oil Rubbed Bronze
1ea - Moen TS32104ORB Weymouth tub/shower trim kit - Color: Oil Rubbed Bronze
1ea - Moen 62300 IPS T/S Posi-Temp valve

Accessories:
1ea - CSI YB8408ORB Pivoting paper holder - Color: Oil Rubbed Bronze
1ea - CSI YB8424ORB 24" Weymouth towel bar - Color: Oil Rubbed Bronze
1ea - CSI YB8486ORB towel ring - Color: Oil Rubbed Bronze

14.999 - Glass Shower Enclosure - 1 QP
Install new double door hinged shower glass enclosure

3/8" Heavy glass enclsure - Clear glass
Oil Rubbed Bronze hardware
Diamon-Fusion Glass Coating

ELECTRICAL
16.115. - Single-pole switch - 1 EA

16.122. - Recessed fixture - 3 EA
Install new recessed fixture in the shower area and tub area.

16.997 - Electrical Fixtures - 1 EA
Owner to provide Vanity Light fixtures
Owners initials _CK_    Owner's Initials _____    Contractors Initials ____

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039 Office
(717) 564-7523 Fax
www.deimlerfamilyconstruction.com

Case 1:20-bk-00841-HWV    Doc 112    Filed 11/11/20    Entered 11/11/20 09:00:11    Desc
Main Document    Page 4 of 30

## INTERIOR WALLS

18.202. - Ceramic Tile in tub/shower - 1 QP
Install ceramic tile int tub/shower.. 1/2" cement board. Install waterproofing membrane. Set ceramic tile in thin set mortar   Grout with spectralock epoxy grout

Mfgr'r: NBS
Series: Avenza Collection
Color: Avenza Honed
Size: 6"x12" brick lay
Grout: Laticrete Epoxy #12__
        Color: T.B.D.

Mfgr'r: NBS
Series: Avenza Collection
Color: Avenza Honed
Size: 12"x12" Sheet (Basket Weave)
        1/2"x12" Pencil Liner
Grout: Laticrete Epoxy #12__
        Color: T.B.D.

18.400. - drywall - 1 EA
repair drywall in the bathroom.

## CABINETRY

21.432. - Granite - 1 QP
NO Granite has been included in the agreement for the specifications below due to wanting to reselect the stone. Once the stone color is selected, the granite will be priced using the secifications below and a change order will be issued;.

21.999 - Cabinetry  - 1 EA
Install new Tedwood custom cabinetry in the kitchen as per new layout.
Wood species: Maple
Door style:Hancock full overlay
Paint color and glaze to be  Fortress McHenry

## FLOOR COVERING

23.222. - Ceramic tile floor  - 1 QP
Install ceramic tile on bathroom floor  ditramat underlayment  Thin set mortar   Set ceramic tile, Grout with spectralock epoxy grout.

Mfgr'r: NBS
Series: Avenza Collection
Color: Avenza Honed
Size: 12"x12"

Owners initials __CK__          Owner's Initials _____          Contractors Initials __cD__

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039  Office
(717) 564-7523  Fax
www.deimlerfamilyconstruction.com

Pattern: Diagonal
Grout: Laticrete Epoxy #12__
      Color: T.B.D.


PAINTING
24.999 - Painting  - 1 EA
Paint the bathroom walls and ceiling (2 coats).

CLEAN-UP
25.025 - Job site cleanup by phase - 1 $P
Clean up and haul away all debris resulting from the job.
NOTE:  Owner will provide a dumpster for all debris removal


LAUNDRY ROOM
============

PLANS AND PERMITS
01.0145 - Material pick up and delivery per phase - 1 $P

01.0175 - Site supervision per phase - 1 $P

SITE PREPARATION
02.326. - Interior demo - 0 EA
Owner to do all demo (cabinet/countertop) prior to starting project.

PLUMBING
14.998 - Plumbing fixtures - 1 EA
Supply new Kohler cast iron drop in deep sink and Kohler deep sink faucet with pull out spray.
NOTE:  Final selection to be determined.  An allowance of $1,500.00 has been included for these
items.

14.999 - Plumbing - trade contractor quote - 1 EA
Relocate plumbing for sink and washer hookup.
Install new sink and faucet.

CABINETRY
21.999 - Cabinetry  - 1 EA
Install new Tedwood cabinetry in the laundry room (wall cabinetry above washer/dryer and deep sink
and deep sink cabinet).   Door style:Hancock full overlay
Paint color and glaze to be Eggshell with light brown shadow

FLOOR COVERING
23.999 - Ceramic Tile flooring - 1 QP
Mfgr'r: Florida
      Owners initials ___    Owner's Initials _____    Contractors Initials ___

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA  17111

(717) 564-3039  Office
(717) 564-7523  Fax
www.deimlerfamilyconstruction.com

Series: Pietra Art Travertine
Style: Travertine
Color: P010 Silver
Size: 12"x12"
Pattern: Diagonal
Grout: Laticrete Epoxy #12__
        Color: T.B.D.

PAINTING
24.999 - Painting  - 1 EA
All painting labor and materials will be supplied by the Contractor. Painting will be two coats of one color on the walls and ceilings and 3 coats on the trims.  NOTE:  Additional charges will be made if more than two colors are used in the same room.

CLEAN-UP
25.025 - Job site cleanup by phase - 1 $P
Clean up and haul away all debris resulting from the job.
NOTE:  Owner will provide a dumpster for all debris removal

Mr. John Simpkins and Cindy Kramer hereinafter referred to as Owner, agrees to have work to be performed at premises set forth above, according to the "Scope of Work" and the attached General Conditions, and approved plans (if applicable).  The "Scope of Work" and approved plans shall take precedence provided they are not contrary to the local building code or other applicable local, state, and federal law:

We propose to furnish and install the above "Scope of Work" and the attached General Conditions for the Total Sales Price of:  $126,258.04

Payment to be made as follows:

| TOTAL AMOUNT | $126,258.04 |
| DEPOSIT | $0.00 |
| DESIGN CREDITS | $6,250.00 |
| ADD'L TAX | $0.00 |
| BALANCE | $120,008.04 |

Balance of payment to be made as follows:

| Upon Acceptance | $36,608.04 |
| Start of construction | $12,000.00 |
| Start of drywall hanging | $12,000.00 |
| Start of cabinet setting | $22,000.00 |
| Start of countertops | $10,000.00 |
| Start of floor covering | $10,000.00 |
| Start of painting | $12,000.00 |
| Completion of Job | $5,400.00 |

Owners initials _CK_     Owner's Initials _____     Contractors Initials _____

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA  17111

(717) 564-3039  Office
(717) 564-7523   Fax
www.deimlerfamilyconstruction.com

| Contractor's Acceptance: | Owner's Acceptance |
|---|---|
| Company Representative _[signature]_ Date _8-20-18_ This proposal may be withdrawn if not accepted within 30 days | The foregoing terms, specifications, plans as attached (if applicable) and conditions are satisfactory and are hereby agreed to and made part of this agreement. GCD Construction, Inc., d.b.a Deimler Family Construction is hereby authorized to do the work as specified and payment will be made as outlined above. The Owner upon signing this agreement represents and warrants that he is the owner of the aforesaid premises and that he/she has read, and agrees to, this agreement and Terms and General Conditions (below). Owner _[signature]_ Date _August 20, 2018_ Owner _____ Date _____ |

## GENERAL CONDITIONS

### NOTICE OF CANCELLATION/RIGHT OF RESCISSION:

YOU, THE OWNER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION WITHOUT PENALTY REGARDLESS OF WHERE THE CONTRACT WAS SIGNED. SEE ATTACHED 'NOTICE OF CANCELLATION'** FORM FOR AN EXPLAINATION OF THIS RIGHT – Attachment A

**This provision is inapplicable in transactions where emergency work is authorized under the section 7 of the act of December 17, 1968 (P.L. 1224 No. 387), known as the Unfair Trade Practices and Consumer Protection Law and the proper form is signed by Contractor and Owner.

### SPECIAL ORDER MATERIALS ARE NON-STOCK ITEMS THAT CANNOT BE RETURNED ONCE ORDERED BY CONTRACTOR.

Any special order materials for the project are indicated above and the agreed to payment terms are as follows: When Contractor orders the materials, Owner shall, if required by Contractor, no later than 2 business days after receipt of Contractor's invoice pay the entire amount of special order materials in addition to any deposit already received. Owner acknowledges that special order materials cannot be returned once ordered by Contractor and Owner is solely responsible for the cost of the materials whether or not they are used for the Project. If the Contract is cancelled for any reason, the cost of special order materials will not be refunded by Contractor and the materials will be given to Owner. The special order materials will not be ordered before expiration of the Owner's 3 day Right of Cancellation.

### SPECIAL CLAUSES:

Special clauses intended by Contractor and Owner to be made a part of this Contract shall be checked below and are identified as follows:

_____ Contractor's Limited Warranty – Attachment B

Owners initials _CK_ Owner's Initials _____ Contractors Initials _CJ_

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039 Office
(717) 564-7523 Fax
www.deimlerfamilyconstruction.com

_____ Notice of Claim and Right to Repair – Attachment C
_____ Arbitration – Attachment D
_____ Waiver/Release of Liens to be given to Owner at final payment.

## Performance of Work

Deimler Family Construction (herein after referred to as Contractor) agrees to complete the work in a substantial and workmanlike manner but is not responsible for:

a. Failures or defects that result from work done by others prior to, at the time of, or subsequent to work done under this Agreement,
b. Failure to keep gutters, downspouts and valleys reasonably clear of leaves or obstructions,
c. Failure of the Owner to authorize Contractor to undertake needed repairs or replacement of fascia, vents, defective or deteriorated roofing or roofing felt, trim, sheathing, rafters, structural members, siding, masonry, caulking, metal edging, or flashing or any type, or any act of negligence or misuse by the Owner or any other party.

## Trade contracts

Contractor reserves the right to subcontract any and all of the work described in this contract. Agreements made with mechanics or trade contractors on the job by anyone other than a Deimler Family Construction representative are not recognized. No statement, arrangement or understanding, expressed or implied not contained herein will be recognized. Contractor shall pay all valid bills and charges for material and labor arising out of the construction of the structure for this project.

## Insurances

_Contractor:_

Contractor and all Trade Contractors employed by Contractor shall, at his own expense, carry all workmen's compensation insurance and public liability insurance necessary for the full protection of Contractor and Owner during the process of the work. At the time of signing this contract, Contractor maintains the following amount of insurance coverage: $1,000,000.00 each occurrence (personal injury liability insurance) and $1,000,000.00 each occurrence (property liability insurance) - $2,000,000.00 aggregate which exceeds the PA State Minimum requirements of $50,000.00. Certificates of such insurance shall be filed with Owner and with said Lien Holder if Owner so requires.

_Owner:_

Owner agrees to procure at his own expense, prior to the commencement of any work, fire insurance with Course of Construction, All Physical Loss and Vandalism and Malicious Mischief clauses attached in a sum equal to the total cost of the improvements. Such insurance shall be written to protect the Owner and Contractor, and Lien Holder, as their interest may appear. Should Owner fail so to do, Contractor may procure such insurance, as agent for Owner, but is not required to do so, and Owner agrees, on demand, to reimburse Contractor in cash for the cost thereof.

## Marketing

Owner hereby grants to Contractor the right to display signs and advertise at the building site. Owner further grants contractor the right to use pictures, artist's depictions, or the like, of the work to be performed in advertisement without further authorization from the owner and no compensation to the owner.

1. **STANDARD EXCLUSIONS:**

   This Agreement does NOT include the following unless specifically stated to the contrary in the General Scope of Work or on the approved plans:

   a. engineering fees;
   b. testing of soil or other materials;

   Owners initials _CK_    Owner's Initials _____    Contractors Initials _CC_

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039  Office
(717) 564-7523  Fax
www.deimlerfamilyconstruction.com

c. public or private utility connection fees;

d. surveying of property boundaries;

e. handling, removal or disposal of any materials classified as hazardous by local, state or federal authorities (e.g. asbestos, lead paint, etc.);

f. custom milling of any wood for use in project;

g. moving Owner's property around the site;

h. labor or material required to repair or replace any Owner-supplied materials;

i. repair of concealed underground utilities damaged during construction which were not located on prints or physically staked out by Owner/utilities;

j. final construction cleaning (Contractor will leave site in a "broom clean" condition);

k. landscaping and irrigation work of any kind;

l. temporary sanitation, power, water, or fencing;

m. removal of soil under existing structure in order to obtain code required clearance space;

n. removal of filled ground or rock or any other materials not removable by ordinary hand tools (unless heavy equipment and/or explosive demolition is specified in Scope of Work section above),

o. correction of existing out-of-plumb or out-of-level conditions in existing structure;

p. correction of concealed substandard framing;

q. rerouting/removal of vents, pipes, ducts, structural members, wiring conduits or steel mesh which may be discovered in the course of construction;

r. removal and replacement of existing materials damaged due to rot or insect infestation;

s. failure of surrounding part of existing structure, despite Contractor's good faith efforts to minimize damage, such as plaster or drywall cracking and popped nails in adjacent rooms, blockage of pipes or plumbing fixtures caused by loosened rust within pipes;

t. construction of a continuously level foundation around structure (if lot is sloped more than 6 inches from front to back or side to side, Contractor will step the foundation in accordance with the slope of the lot).

u. exact matching of existing finishes;

v. repair of damage to roadways, driveways, or sidewalks that could occur when construction equipment and vehicles are being used in the normal course of construction;

w. any upgrades or repairs to existing plumbing, mechanical or electrical systems.

The Owner is solely responsible for providing Contractor prior to the commencing of construction with such water and electricity at the job site as may be required by Contractor to effect the construction of the improvement covered by this contract. Owner shall provide a designated restroom during the course of construction (unless otherwise specified).

## COMMENCEMENT AND COMPLETION DATES

Commencement and completion dates may be adjusted for the following reasons: inclement weather, additional time required for Change Order work, and other delays unavoidable or beyond the control of the Contractor.

## CHANGE ORDERS: CONCEALED CONDITIONS AND ADDITIONAL WORK

1. Concealed Conditions: This Agreement is based solely on the observations Contractor was able to make with the structure in its current condition at the time this Agreement was executed. If additional concealed conditions are discovered once work has commenced which were not visible at the time this proposal was bid, Contractor will stop work and point out these unforeseen concealed conditions to Owner so that Owner and Contractor can execute a Change Order for any Additional Work.

2. Deviation from Scope of Work: Owner agrees to pay contractor the normal selling price for all additions, alterations, or deviations. No additional work shall be done without prior written authorization of the Owner. Any such authorization shall be on a change-order form, approved by both parties, and shall become a part of this contract. Where such additional work is added to this Contract, it is agreed that all terms and

Owners initials __CK__     Owner's Initials _____     Contractors initials __(M)__

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039   Office
(717) 564-7523   Fax
www.deimlerfamilyconstruction.com

conditions of the Contract shall apply equally to such additional work. Any change in specifications or construction necessary to conform to existing and/or future building codes, zoning laws, or regulations of inspecting Public Authorities shall be considered additional work to be paid for by Owner as additional work. If the quantities of materials required under this contract are so altered as to create a hardship on the Contractor, the Owner shall be obligated to reimburse Contractor for additional expenses incurred. It is understood and agreed that if Contractor finds that extra concrete is required he is authorized by the Owner to pour the amount of concrete that is required by the building code or site conditions and shall promptly notify Owner of such extra concrete. Owner shall promptly deposit the cost of the required extra concrete with the Contractor. Any changes made under this Contract will not affect the validity of this document.

## WORK STOPPAGE, TERMINATION OF CONTRACT FOR DEFAULT INTEREST

The time during which the Contractor is delayed in his work by (a) the acts of Owner or his agents or employees or those claiming under agreement with or grant from Owner, including any notice to the Lien Holder to withhold progress payments, or by (b) any acts or delays occasioned by the Lien Holder, or by (c) Acts of God or by (d) stormy or inclement weather which necessarily delays the work, or by (e) any strikes, boycotts, or like obstructive actions by employees or labor organizations and which are beyond reasonable control of Contractor and which Contractor cannot reasonably overcome, or by (f) extra work requested by the Owner, or by (g) failure of Owner to promptly pay for any extra work as authorized, shall be added to the time for completion by a fair and reasonable allowance. Should work be stopped for more than thirty (30) days by any or all of (a) through (g) above, the Contractor may terminate this Contract and collect for all work completed plus Contractors normal profit and overhead.

If work is stopped due to any of the above reasons (or for any other material breach of contract by Owner) for a period of fourteen (14) days, and the Owner has failed to take significant steps to cure his default, then Contractor may, without prejudicing any other remedies Contractor may have, give written notice of termination of the Agreement to Owner and demand payment for all completed work and materials ordered through the date of work stoppage, and any other loss sustained by Contractor, including normal Contractor's Profit and Overhead on the balance of the incomplete work under the Agreement. Thereafter, Contractor is relieved from all other contractual duties, including all Punch List, warranty work, and any other work contained within.

## ENTIRE AGREEMENT

This Agreement, including any amendments agreed to and signed by Contractor and Owner and the notices and supplements which are attached and made a part of this Agreement, constitutes the entire agreement between Contractor and Owner. This contract supersedes all previous proposals, representations, understandings and communications among the parties, whether written or oral. No changes, additions or amendments to this Contract whatsoever are binding absent a writing signed by Contractor and Owner.

Owners initials CK          Owner's Initials _____          Contractors Initials CA

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111

(717) 564-3039  Office
(717) 564-7523  Fax
www.deimlerfamilyconstruction.com

# JOHN SIMPKINS & CINDY KRAMER

2784 FAIRFIELD RD
GETTYSBURG PA 17325
Phone: (717) 353-6143

## INTERNATIONAL RESIDENTIAL BUILDING CODE 2009

### LOADING

| | |
|---|---|
| SLEEPING SPACE | 30 lb |
| LIVING SPACE | 40 lb |
| ROOF SNOW LOAD | 30 lb |
| WIND SPEED | 90 mph |
| SOIL REACTION | 2500 lb |

### DESIGN

| | |
|---|---|
| SEISMIC CAT. | B |
| WINTER TEMP. | 0/0°F |
| FLOOD HAZARD | N/A |
| DEFLECTION- FLOORS | L/360 |
| DEFLECTION- WALLS | L/240 |

### DAMAGE FROM

| WEATHERING | Severe |
|---|---|
| TERMITE | Moderate to Heavy |
| DECAY | Slight to Moderate |
| FROST LINE DEPTH | 36" |

### OTHER

| | |
|---|---|
| CONSTRUCTION TYPE | - |
| OCCUPANCY | - |
| IMPORTANCE FACTOR | 1 |

## MUNICIPALITY INFORMATION

| | |
|---|---|
| COUNTY: | ADAMS |
| TOWNSHIP: | HIGHLAND |
| ADDRESS: | 3641 FAIRFIELD Rd GETTYSBURG PA 17325 |
| PHONE #: | PHONE: (717) 677-7356 |

### SET BACKS

| ZONING: | R-2A |
|---|---|
| FRONT: | |
| BACK: | |
| SIDE: | |

### SYMBOLS

- BATT INSULATION
- BRICK
- CERAMIC TILE
- CONCRETE MASONRY UNIT
- CRUSHED STONE
- EARTH
- RIGID INSULATION
- STRUCTURAL CONCRETE
- WOOD FINISHED
- WOOD ROUGH



## LOCATION MAP
NOT TO SCALE

PROJECT SITE

## INDEX OF DRAWINGS

| SHEET | | DATE | ISSUED FOR PERMIT |
|---|---|---|---|
| CS1.00 | COVER SHEET | 04/15/18 | |
| **CIVIL** | | | |
| **ARCHITECTURAL** | | | |
| D1.01-04 | SHORING/DEMO FLOOR PLANS | 04/15/18 | |
| A1.01-04 | PROPOSED FLOOR PLANS | 04/15/18 | |
| A2.01-09 | PROPOSED ELEVATIONS | 04/15/18 | |
| A3.01-03 | PROPOSED FLOORING PLANS | 04/15/18 | |
| **STRUCTURAL** | | | |
| **HVAC** | | | |
| **PLUMBING** | | | |
| **ELECTRICAL** | | | |
| E1.01-03 | ELECTRICAL PLAN | 04/15/18 | |

---

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD Rd
GETTYSBURG PA 17325
PHONE: (717) 353-6143

DEIMLER FAMILY
THE BUY IT HANDBOOK
DESIGN/BUILD/REMODEL
www.pahome.com
717-566-5131
4530 Derry St, Harrisburg, PA 17111

**KITCHEN**

**COVER SHEET**

| DRAWN | NATHAN BELLAMY |
|---|---|
| CHECKED | |
| PRINTED | |
| APPROVED | GK |

JOB NO. 1707

SCALE: As noted

DATE: Wednesday, August 22

SHEET: **CS1.00**

REVISION DATE

COPYRIGHT © 2018 BY DCG CONSTRUCTION, INC.



EXISTING/DEMO PLAN
SCALE: 1/2"=1'-0"
D1.01

PROPOSED CONSTRUCTION NOTES:
DEMO BY OWNER PRIOR TO JOB START.
REMOVE EXISTING ELECTRICAL.
REF. DWG. E1.01 FOR DETAIL.

KITCHEN

HVAC
REF
DW
DBL OVEN
HVAC

GFI
GFI

3'-0"
1'-0"
3'-8"
13'-3"
10'-0"
11'-0"
2'-7½"
8'-6½"
4½"
1½"

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

DEIMLER
FAMILY
INC.
DESIGN | BUILD | REMODEL
717-576-4019   www.deimlerandsons.com
4530 Jonestown Rd, Harrisburg PA 17109

KITCHEN

SHEET
D1.01
JOB NO.   5707
APPROVED
CHECKED   CK
PRINTED
DRAWN

REVISION DATE

INDEX OF DRAWINGS
G1.01 COVER SHEET
G1.01-1.09 INDEXED PLANS
A1.01-1.04 PREP. FLOOR PLANS
A2.01-2.08 PREP. ELEVATIONS
A3.01-3.02 PREP. FLOORING

ELECTRICAL
E1.01-1.09 ELECTRICAL PLANS



EXISTING/DEMO PLAN
SCALE 1/2"=1'-0"

PROPOSED CONSTRUCTION NOTES:

DEMO BY OWNER PRIOR TO JOB START.

PREP. HVAC VENT FOR TOEKICK INSTALLATION.
REF. DWG. A1.03 & A1.03 FOR DETAIL.

INSTALL NEW ELECTRICAL.
REF. DWG. E1.02 FOR DETAIL.

LAUNDRY RM.

LAUNDRY CHUTE
IN CABINET

HVAC

DBL. OVEN

$$$

7'-3½"

2'-7½"

7'-7⅞"

4½"

1'-5"

DEIMLER FAMILY
HIC No. / PA00000

DESIGN|BUILD|REMODEL
www.deimlerfamily.com
630 Drury St. Harrisburg, PA 17111

KITCHEN

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD Rd
GETTYSBURG PA 17325
PHONE: (717) 353-6143

INDEX OF DRAWINGS
G0.00 COVER SHEET

ARCHITECTURAL
D1.01•02 EXISTING PLANS
A1.01•02 PROP. FLOOR PLANS
A2.0•1.03 PROP. ELEVATIONS
A3.01•02.03 PROP. FLOORING

ELECTRICAL
E1.01•03 ELECTRICAL PLANS

COPYRIGHT © 2013 BY

REVISION DATE

SHEET
D1.02

JOB NO. 5707

DRAWN
DATE/TIME BY CLT. 314

CHECKED
CLT.

PRINTED

APPROVED



## EXISTING/DEMO PLAN
SCALE: 1/2"=1'-0"

**PROPOSED CONSTRUCTION NOTES:**

REMOVE EXISTING VANITY INCLUDING COUNTER, SINKS, FAUCETS & DRAINS.

REMOVE EXISTING TUB/SHOWER UNIT INCLUDING FIXTURES.

REMOVE EXISTING TOILET & ACCESSORIES.

REMOVE EXISTING WALL AS SHOWN INCLUDING DOOR, HARDWARE & TRIM.

REMOVE EXISTING FLOORING. REF. DWG. A3.01 FOR DETAIL.

RELOCATE ELECTRICAL AS NEEDED. REF. DWG. E1.01 FOR DETAIL.

JYHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

KITCHEN

DEIMLER FAMILY
DESIGN | BUILD | REMODEL
INC. BG. · PA000885
6939 Davy St. Harrisburg PA 17111

SHEET
D1.03



PROPOSED PLAN
SCALE 1/2"=1'-0"

PROPOSED CONSTRUCTION NOTES:

NEW FLOORING BY OWNER.
REF. DWG. A1.01 FOR DETAILS.

INSTALL NEW CABINETRY INCLUDING BASE,
WALL, TALL & BUILT-UP CROWN MOLDING UNITS.

INSTALL NEW COUNTERTOPS.
REF. DWG. A1.04 FOR DETAILS.

INSTALL NEW BACKSPLASH.
REF. DWG. A1.04 FOR DETAILS.

INSTALL NEW PLUMBING FIXTURES INCLUDING
SINK, DRAIN & FAUCET.

INSTALL NEW APPLIANCES.
PROVIDED BY OWNER.

REPAINT ROOM INCLUDING WALLS, CEILING
AND TRIMS.
COLORS T.B.D.

INSTALL NEW ELECTRICAL.
REF. DWG. E1.01 FOR DETAILS.

HVAC

MICRO
DRWR

Case 1:20-bk-00841-HWV    Doc 112    Filed 11/11/20    Entered 11/11/20 09:00:11    Desc
Main Document    Page 16 of 30

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

DESIGN | BUILD | REMODEL
INC. B.I. #PA006004
8739 WEST KING STREET
4830 Derry St, Harrisburg PA 17111

KITCHEN

DEIMLER
FAMILY

A1.01

SHEET

INDEX OF DRAWINGS
C0.00 COVER SHEET

ARCHITECTURAL
A1.01 A1.04 PROP. FLOOR PLANS
A2.01 A2.09 PROP. ELEVATIONS
A3.01 A3.03 PROP. FLOORING

ELECTRICAL
E1.01 U1.01 ELECTRICAL PLANS

REVISION DATE



PROPOSED PLAN
SCALE 1/2"=1'-0"

PROPOSED CONSTRUCTION NOTES:

INSTALL NEW FLOORING.
REF. DWG. A3.02 FOR DETAILS.

INSTALL NEW VANITY INCLUDING COUNTERTOP,
SINKS, FAUCETS & DRAINS.
REF. DWG. A1.04 FOR DETAIL.

INSTALL NEW TOILET.

INSTALL NEW TUB/SHOWER BASE INCLUDING
SHOWER FIXTURES.

INSTALL NEW BATHROOM FIXTURE ACCESSORIES.

INSTALL NEW TILE SHOWER SURROUND INCLUDING
RECESS NICHE W/SOLID SURFACE SILL & 8"
CORNER SHELF.
REF. DWG. A1.04 FOR DETAILS.

INSTALL NEW PIVOTING PANEL SHOWER DOORS
INCLUDING HARDWARE. GLASS FINISH T.B.D.
HARDWARE FINISH OIL RUBBED BRONZE.

REPAINT ROOM INCLUDING WALLS, CEILINGS,
AND TRIM.

INSTALL NEW ELECTRICAL.
REF. DWG. E1.03 FOR DETAILS.

KITCHEN

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

A1.03



# PROPOSED ELEVATIONS

SCALE: 1/2"=1'-0"

A2.05 1

**VANITY TOP:**
MATERIAL: GRANITE
COLOR: GRANITE STAR BEACH
THICKNESS: 3CM
CUSTOM EDGE PROFILE: FULL BULLNOSE BOTTOM
SMALL OGEE TOP

SPLASH HEIGHT: 4"

**VANITY CABINETRY:**
WOOD SPECIES: MAPLE
COLLECTION: FORTRESS
COLOR: MCHENRY
DOOR STYLE: HANCOCK
DOOR EDGE: L346
DRAWER: RAISED PANEL
DRAWER EDGE: L346
TOEKICK: VALANCE

MIRROR(S) PROVIDED BY OWNER,
INSTALLED BY GCD CONSTRUCTION INC.

SHOWER GLASS DOOR(S):
THICKNESS: 3/8"
STYLE:
FINISH:
HARDWARE: OIL RUBBED BRONZE



JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD Rd
GETTYSBURG PA 17325
PHONE: (717) 353-6143

KITCHEN

DEIMLER
FAMILY

DESIGN | BUILD | REMODEL
PO BOX 399
6930 Dory St. Harrisburg PA 17111

SHEET
A2.05

JOB NO. 15707

DRAWN: NATHAN BELLILE

CHECKED:

APPROVED:

PRINTED:

REVISION DATE

INDEX OF DRAWINGS

ARCHITECTURAL

ELECTRICAL



FLOORING PLAN
SCALE 3/8" = 1'-0"

PROPOSED CONSTRUCTION NOTES:

KITCHEN FLOORING BY OWNER.
LAUNDRY/UTILITY ROOM:
MFGR'R: FLORIDA
SERIES: PIETRA ART
STYLE: TRAVERTINE
SIZE: 18"LB: TRAVERTINE
COLOR: POIO SILVER
SIZE: 12"x12"
PATTERN: DIAGONAL
GROUT: LATICRETE EPOXY #2_
COLOR: T.B.D.

KITCHEN

HVAC

EXTEND DUCT FOR TOEKICK
SUPPLY VENT

LAUNDRY/UTILITY RM.

HVAC

14'-1"

22'-4"

8'-3"

7'-3⅝"

3'-5"   2'-6"   5'-3"

11'-2"

7'-7⅞"          4½"

19'-2⅛"

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

DESIGN | BUILD | REMODEL
H.I.C. No. # PA009065
818 Davy St, Harrisburg PA 17111

DEIMLER
FAMILY
CONSTRUCTION, INC.

KITCHEN

ELECTRICAL
E-01 /-03 ELECTRICAL PLANS

ARCHITECTURAL
D1.01/-03 EXIST INDEXED PLANS
A1.01/-04 PROP. FLOOR PLANS
A2.01/-04 PROP. ELEVATIONS
A3.01/-03 PROP. FLOORING

INDEX OF DRAWINGS
CS.01 COVER SHEET

COPYRIGHT © 2012 BY
DCG CONSTRUCTION, INC.

A3.01
SHEET

JOB NO. 5707
DRAWN: NATHAN PCLLAK
CHECKED
PRINTED
APPROVED

REVISION DATE



Case 1:20-bk-00841-HWV   Doc 112   Filed 11/11/20   Entered 11/11/20 09:00:11   Desc
Main Document      Page 21 of 30



ELECTRICAL PLAN
SCALE: 1/2"=1'-0"

### ELECTRICAL LEGEND

| ELECTRICAL | COUNT | SYMBOL |
|---|---|---|
| can light 6inch | 1 | |
| can light 6inch wet location | 1 | |
| dimmer switch | 2 | |
| switch double (relocated existing) | 1 | |
| vanity lights | 2 | |

Case 1:20-bk-00841-HWV    Doc 112    Filed 11/11/20    Entered 11/11/20 09:00:11    Desc
Main Document        Page 22 of 30

JOHN SIMPKINS III & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

KITCHEN

DEIMLER
FAMILY

INDEX OF DRAWINGS

SHEET E1.03
JOB NO. 5797



Case 1:20-bk-00841-HWV   Doc 112   Filed 11/11/20   Entered 11/11/20 09:00:11   Desc
Main Document      Page 23 of 30



PROPOSED ELEVATIONS
SCALE 1/2"=1'-0"

CONTINUE CROWN MLDG ABOVE
SINK & ADD VALANCE W/LIGHT
RAIL BELOW

MICRO

JOHN SIMPKINS & CINDY KRAMER
2784 FAIRFIELD RD
GETTYSBURG PA 17325
PHONE: (717) 353-6143

DESIGN | BUILD | REMODEL
HIC BUSINESS #PA009065
4850 Derry St, Harrisburg PA 17111

DEIMLER
FAMILY
CONSTRUCTION INC.

KITCHEN

A2.02

GCD Construction, Inc.
6530 Derry Street
Harrisburg, PA 17111
Phone: (717) 564-3039
Fax: (717) 564-7523
www.deimlerfamilyconstruction.com



# Invoice

Invoice #: 5707-7666
Invoice Date: 08/20/2018

HIC Reg. # PA000005

| MAILING ADDRESS | JOB ADDRESS |
|---|---|
| **Simpkins, John & Cindy Kramer**<br>**2784 Fairfield Road**<br>**Gettysburg, PA 17325**<br>**Home Phone: (717)353-6143** | **Simpkins, John & Cindy Kramer**<br>**2784 Fairfield Road**<br>**Gettysburg, PA 17325**<br>**Job Phone: (717)353-6143** |

| Job Number | Due Date | Terms | Lead Assigned |
|---|---|---|---|
| 5707 | 08/20/2018 | Due Upon Receipt | |

| Qty | Description | U/Price | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 1.00 | CP/5707-7666 - Upon Acceptance | $36,608.04 | CP/5707 | $36,608.04 | $36,608.04 |
| 0.00 | Payment (Ref. # 2203) | $0.00 | 2203 | -$36,508.00 | $100.04 |

**Notes:**

| | **TOTAL** | **$100.04** |
|---|---|---|



| | 2203 |
|---|---|
| MIDATLANTIC WILDLIFE CONTROL 2784 FAIRFIELD RD. GETTYSBURG, PA 17325 | 60-295/313 |

DATE 08-20-2018

PAY TO THE ORDER OF DEIMLER FAMILY CONSTRUCTION     | $39,633.00

Thirty Nine Thousand Sixhundred Thirty Three    80/100    DOLLARS

**M&T** Bank

FOR Kitchen Remodel

⑆00 2 203⑆

---

0013762857

>031308807<
Mid Penn Bank #013
2018-08-20
0013762857
Batch 152925122

---

| | |
|---|---|
| Posting Date | 2018 Aug 21 |
| Research Seq # | 8007349959 |
| Account # | |
| Check/Store # | 2203 |
| DB/CR | DB |
| Dollar Amount | $39,633.00 |
| Bank # | 096 |
| Branch # | 06489 |
| Deposit Acct # | 0 |
| Record Type # | 01 |





Posting Date     2018 Oct 11

Research Seq #   █████████

Account #        █████████

Check/Store #    2233

DB/CR            DB

Dollar Amount    $12,000.00

Bank #           096

Branch #         06489

Deposit Acct #   0

Record Type #    01





Mid Penn Bank #005
2018-10-24
Batch 159711850

| | |
|---|---|
| Posting Date | 2018 Oct 25 |
| Research Seq # | |
| Account # | |
| Check/Store # | 2240 |
| DB/CR | DB |
| Dollar Amount | $12,000.00 |
| Bank # | 096 |
| Branch # | 06489 |
| Deposit Acct # | 0 |
| Record Type # | 01 |

http://cta-1wbv009.prod.mtb.com/inquiry/servlet/inquiry          1/23/2019





| | |
|---|---|
| Posting Date | 2018 Nov 06 |
| Research Seq # | |
| Account # | |
| Check/Store # | 2244 |
| DB/CR | DB |
| Dollar Amount | $22,000.00 |
| Bank # | 096 |
| Branch # | 06489 |
| Deposit Acct # | 0 |
| Record Type # | 01 |

http://cta-1wbv009.prod.mtb.com/inquiry/servlet/inquiry                1/23/2019



MIDATLANTIC WILDLIFE CONTROL
2784 FAIRFIELD RD.
GETTYSBURG, PA 17325

2248

60-295/313

DATE _11-14-2018_

PAY TO THE ORDER OF _Deimler Family Construction_ | $ _12000.00_

_Twelve Thousand_ _00/100_ DOLLARS

**M&T** Bank

FOR _Painting Invoice_

⑆002248⑆

FOR DEPOSIT ONLY
GOD CONSTRUCTION INC.
DBA DEIMLER FAMILY CONSTRUCTION
19007121

Mid Penn Bank #006
2018-11-14
Batch 161912074

| | |
|---|---|
| Posting Date | 2018 Nov 15 |
| Research Seq # | |
| Account # | |
| Check/Store # | 2248 |
| DB/CR | DB |
| Dollar Amount | $12,000.00 |
| Bank # | 096 |
| Branch # | 06489 |
| Deposit Acct # | 0 |
| Record Type # | 01 |

http://cta-1wbv009.prod.mtb.com/inquiry/servlet/inquiry          1/23/2019